```
                         United States Bankruptcy Court
                         Northern District of California
```

In re:                                                          Case No. 18-51379-HLB
Mark Anthony Gonzales                                           Chapter 13
         Debtor
                            **CERTIFICATE OF NOTICE**

District/off: 0971-5          User: klau              Page 1 of 1            Date Rcvd: Jul 06, 2018
                              Form ID: NDC            Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 08, 2018.
db             +Mark Anthony Gonzales,    862 4th St.,    Hollister, CA 95023-3606
smg           ++CALIFORNIA STATE BOARD OF EQUALIZATION,     ACCOUNT REFERENCE GROUP MIC 29,    P O BOX 942879,
                 SACRAMENTO CA 94279-0029
               (address filed with court:   State Board of Equalization,
                 Attn: Special Procedures Section, MIC:55,    P.O. Box 942879,    Sacramento, CA  94279)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             EDI: EDD.COM Jul 07 2018 05:38:00      CA Employment Development Dept.,
                 Bankruptcy Group MIC 92E,    P.O. Box 826880,    Sacramento, CA  94280-0001
smg             EDI: CALTAX.COM Jul 07 2018 05:38:00      CA Franchise Tax Board,    Attn: Special Procedures,
                 P.O. Box 2952,    Sacramento, CA  95812-2952
smg             EDI: IRS.COM Jul 07 2018 05:38:00      IRS,    P.O. Box 7346,    Philadelphia, PA  19101-7346
                                                                                              TOTAL: 3

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 08, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 6, 2018 at the address(es) listed below:
              Devin    Derham-Burk    ctdocs@ch13sj.com
              Office of the U.S. Trustee / SJ    USTPRegion17.SJ.ECF@usdoj.gov
                                                                                              TOTAL: 2

Form NDC

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| In Re: | Mark Anthony Gonzales | Case No.: 18−51379 HLB 13 |
|---|---|---|
| | Debtor(s) | Chapter: 13 |

## ORDER AND NOTICE OF DISMISSAL
## FOR FAILURE TO COMPLY

**Notice is hereby given** that the debtor(s) failed to comply with this court's Order to File Required Documents and Notice of Automatic Dismissal. , filed on June 21, 2018 . Therefore, it is ordered that this case be **dismissed**.

Dated: 7/6/18

By the Court:

Hannah L. Blumenstiel
United States Bankruptcy Judge